UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANARION INVESTMENTS LLC, | § |
| | § |
| Plaintiff, | § Case No. |
| | § |
| V. | § |
| | § |
| CARRINGTON MORTGAGE SERVICES LLC; BROCK & SCOTT, PLLC; CHRISTIANA TRUST; LEIPZIG LIVING TRUST, | § § § DEMAND FOR JURY TRIAL |
| | § |
| Defendants. | § |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02, plaintiff Anarion Investments LLC makes the following disclosures:

1. All parent corporations, if any, of plaintiff: None.

2. All publicly held companies, if any, that own ten percent (10%) or more of plaintiff's stock:

None.

Respectfully submitted,

By: */s/ Scott D. Johannessen*

Scott D. Johannessen, BPR # 26767
LAW OFFICES OF SCOTT D. JOHANNESSEN
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: 877.863.5400
Facsimile: 877.863.5401
E-Mail: scott@sdjnet.com
Web: www.sdjnet.com

*Attorney for Plaintiff*