IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Anarion Investments LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14-cv-00012 |
| ) | Judge Trauger |
| ) | Magistrate Judge Bryant |
| v. ) | |
| ) | |
| Carrington Mortgage Services, LLC; ) | |
| Brock & Scott, PLLC; Christiana Trust; ) | |
| Leipzig Living Trust, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**CARRINGTON MORTGAGE SERVICES, LLC**

COMES NOW Defendant, Carrington Mortgage Services, LLC ("Carrington"), and hereby makes the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1 as follows:

1. All parent corporations, if any, of the named party:

    Carrington Mortgage Holdings, LLC.

2. All publicly held companies, if any, that own ten percent (10%) or more of the name party's stock:

    None.

Respectfully submitted this 15th day of January, 2014.

BROCK & SCOTT, PLLC

By: */s/ Nicholas H. Adler*
Nicholas H. Adler, #023469
277 Mallory Station Rd, Suite 115
Nashville, TN 37067
(615) 550-7697 ext. 4610
(615) 550-8484 (facsimile)
nick.adler@brockandscott.com
*Counsel for Carrington Mortgage Services, LLC, Brock & Scott, PLLC and Christiana Trust, A Division of Wilmington Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-17*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a precise copy of the foregoing was filed via the Court's Electronic Case Filing system which automatically sends electronic notice to counsel of record as follows:

Scott D. Johannessen
Law Offices of Scott D. Johannessen
3200 West End Avenue, Suite 500
Nashville, TN 37203

This 15th day of January, 2014.

*/s/ Nicholas H. Adler*
Nicholas H. Adler