IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Anarion Investments LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14-cv-00012 |
| ) | Judge Trauger |
| ) | Magistrate Judge Bryant |
| v. ) | |
| ) | |
| Carrington Mortgage Services, LLC; ) | |
| Brock & Scott, PLLC; Christiana Trust; ) | |
| Leipzig Living Trust, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT OF
<u>CHRISTIANA TRUST</u>**

COMES NOW Defendant, Christiana Trust, A Division of Wilmington Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-17 ("Christiana Trust"), and hereby makes the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1 as follows:

1. All parent corporations, if any, of the named party:

   WSFS Financial Corporation and Wilmington Savings Fund Society, FSB.

2. All publicly held companies, if any, that own ten percent (10%) or more of the name party's stock:

   WSFS Financial Corporation through its principal subsidiary, Wilmington Savings Fund Society, FSB.

Respectfully submitted this 15th day of January, 2014.

<pre>
                              BROCK & SCOTT, PLLC

                    By:    /s/ Nicholas H. Adler
                           Nicholas H. Adler, #023469
                           277 Mallory Station Rd, Suite 115
                           Nashville, TN 37067
                           (615) 550-7697 ext. 4610
                           (615) 550-8484 (facsimile)
                           nick.adler@brockandscott.com
                           *Counsel for Carrington Mortgage Services, LLC,
                           Brock & Scott, PLLC and Christiana Trust, A
                           Division of Wilmington Fund Society, FSB, as
                           Trustee for Stanwich Mortgage Loan Trust, Series
                           2012-17*
</pre>

**CERTIFICATE OF SERVICE**

The undersigned certifies that a precise copy of the foregoing was filed via the Court's Electronic Case Filing system which automatically sends electronic notice to counsel of record as follows:

Scott D. Johannessen
Law Offices of Scott D. Johannessen
3200 West End Avenue, Suite 500
Nashville, TN 37203

This  15th  day of January, 2014.

<pre>
                                          /s/ Nicholas H. Adler
                                          Nicholas H. Adler
</pre>