# FORECLOSURE OVERVIEW



**Brock & Scott, PLLC** offers full-circle foreclosure services for loan servicers, banks, credit unions, and lenders throughout our 7 state footprint. Our combination of experience and technology allows us to provide our clients with the highest quality of services for all loan types, including HUD, VA, Fannie Mae, Freddie Mac, Reverse mortgages, equity lines of credit, construction loans, and second mortgages. Whether you service a small or large portfolio of default-related assets, the Firm's attorneys will manage any referral professionally and efficiently.

# CLIENT SERVICES

| NC | SC | FL | GA | TN | VA | MD |
| --- | --- | --- | --- | --- | --- | --- |

**PRE-FORECLOSURE SERVICES**

- Breach/Demand Services
- Commissioner of Banks/45 Day letter registration
- Assignment preparation
- Lien searches
- Title Curative Services
- Mobile Home Title Curative Services
- Skip Tracing

**LOSS MITIGATION SERVICES**

- Deed in Lieu
- Forbearance Agreements
- Loan Modifications
- Short Sales

**POST FORECLOSURE SERVICES**

- **James Bonner (attorney-profile.aspx?AttorneyId=5)** (NC)
- **Brian Campbell (attorney-profile.aspx?AttorneyId=6)** (NC & NC)
- **Billi Pollack (attorney-profile.aspx?AttorneyId=7)** (FL)
- **January Taylor (attorney-profile.aspx?AttorneyId=8)** (GA & TN)
- **Keith Yacko (attorney-profile.aspx?AttorneyId=77)** (MD & VA)

## FORECLOSURE ATTORNEYS

> Foreclosure Attorney List » (attorneys.aspx?practiceId=Foreclosure)

## LOCATIONS

- MD - Maryland (locations.aspx?locationId=MD - Maryland)
- VA - Ashburn (locations.aspx?locationId=VA - Ashburn)
- VA - Virginia Beach (locations.aspx?locationId=VA - Virginia Beach)
- NC - Charlotte (locations.aspx?locationId=NC - Charlotte)
- NC - Raleigh (locations.aspx?locationId=NC - Raleigh)
- NC - Wilmington (locations.aspx?locationId=NC - Wilmington)
- NC - Winston-Salem (locations.aspx?locationId=NC - Winston Collections)
- SC - Columbia (locations.aspx?locationId=SC - Columbia)
- TN - Franklin (locations.aspx?locationId=TN - Franklin)
- TN - Memphis (locations.aspx?locationId=TN - Memphis)
- GA - Savannah (locations.aspx?locationId=GA - Savannah)
- GA - Atlanta (locations.aspx?locationId=GA - Atlanta)
- FL - Ft. Lauderdale (locations.aspx?locationId=FL%20-%20Ft.%20Lauderdale)
- FL - Jacksonville (locations.aspx?locationId=FL - Jacksonville)
- FL - Orlando (locations.aspx?locationId=FL - Orlando)

You can contact us directly using our **contact form (contact.aspx)**.

This firm is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

**Administrative Office**
4550 Country Club Road
Winston-Salem, NC 27104

**About The Firm (about.asp)**  |  **Our Attorneys (attorneys.aspx)**  |
**Careers (careers.asp)**  |  **Contact Us (contact.aspx)**  |
**Bankruptcy (bankruptcy.asp)**  |  **Evictions (evictions.asp)**  |  **REO (reo.asp)**  |
**Closings (closings.asp)**  |  **Foreclosure (foreclosure.asp)**  |
**Collections (collections.asp)**  |  **Litigation (litigation.asp)**

**CORPNET (https://corpnet.brockandscott.com/)**  |  **Terms of Use (terms-of-use.asp)**  |  **Privacy Policy (privacy-policy.asp)**

© 2013 All Rights Reserved

Disclaimer: The information contained in this site does not constitute legal advice. Brock & Scott, PLLC will not be held responsible for the use of information contained in this site.

### FORECLOSURE

§ FORECLOSURE OVERVIEW

§ CLIENT SERVICES

§ BORROWERS

§ FORECLOSURE SALES

§ RESOURCES

§ CONTACT