The newspapers of **Tennessee** make public notices from their printed pages available electronically in a single database for the benefit of the public. This enhances the legislative intent of public notice - keeping a free and independent public informed about activities of their government and business activities that may affect them. Importantly, Public Notices now are in one place on the web (www.PublicNoticeAds.com), not scattered among thousands of government web pages.

**County:** Davidson
**Printed In:** Tennessean, The (Nashville)
**Printed On:** 2013/10/25

0101692935 NOTICE OF FORECLOSURE SALE STATE OF TENNESSEE, WILLIAMSON COUNTY WHEREAS, Kirk Leipzig executed a Deed of Trust to Bank of America, N. A., Lender and Prlap, Inc., Trustee(s), which was dated March 14, 2008 and recorded on March 19, 2008, Book 4515, Page 473, Williamson County, Tennessee Register of Deeds. WHEREAS, default having been made in the payment of the debt(s) and obligation(s) thereby secured by the said Deed of Trust and the current holder of said Deed of Trust, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-17, (the "Holder"), appointed the undersigned, Brock & Scott, PLLC, as Substitute Trustee, by an instrument duly recorded in the Office of the Register of Deeds of Williamson County, Tennessee, with all the rights, powers and privileges of the original Trustee named in said Deed of Trust; and NOW, THEREFORE, notice is hereby given that the entire indebtedness has been declared due and payable as provided in said Deed of Trust by the Holder, and that as agent for the undersigned, Brock & Scott, PLLC, Substitute Trustee, by virtue of the power and authority vested in it, will on November 19, 2013, at 11:30AM at the usual and customary location at the Williamson County Courthouse, Franklin, Tennessee, proceed to sell at public outcry to the highest and best bidder for cash, the following described property situated in Williamson County, Tennessee, to wit: Land in Williamson County, Tennessee, being Lot No. 31 on the Plan of Hampton Reserve, section one of record in Plat Book 33, Page 27, as corrected in surveyors certificate of correction of record in Book 2403, Page 250, in the register's office for Williamson County, Tennessee, to which plan reference is hereby made for a more complete description of the property. Being the same property conveyed to the within named grantor(s) by deed recorded simultaneously herewith in Book 4515, Page 471 of register's office for said county. Parcel ID Number: 034G A 32.00 Address/Description: 9569 Hampton Reserve Drive, Brentwood, TN 37027. Current Owner(s): Kirk Leipzig, Trustee of the Leipzig Living Trust Agreement, dated April 15, 2008. Other Interested Party(ies): Reliant Bank. The sale of the property described above shall be subject to all matters shown on any recorded plat; any and all liens against said property for unpaid property taxes; any restrictive covenants, easements or set-back lines that may be applicable; any prior liens or encumbrances as well as any priority created by a fixture filing; a deed of trust; and any matter than an accurate survey of the premises might disclose; and All right and equity of redemption, statutory or otherwise, homestead, and dower are expressly waived in said Deed of Trust, and the title is believed to be good, but the undersigned will sell and convey only as Substitute Trustee. The right is reserved to adjourn the day of the sale to another day, time, and place certain without further publication, upon announcement at the time and place for the sale set forth above. This office is attempting to collect a debt. Any information obtained will be used for that purpose. Brock & Scott, PLLC, Substitute Trustee c/o Tennessee Foreclosure Department 277 Mallory Station Road Suite 115 Franklin, TN 37067 PH: 615-550-7697 FX: 615-550-8484 File No.: 13-15833

**Public Notice ID: 20732791**