CONFIDENTIAL

Recording requested by:
BANK OF AMERICA, N.A.

When recorded mail to:
CHRISTIANA TRUST, A DIVISION
OF WILMINGTON SAVINGS
1610 E. ANDREW PL. SUITE B150
ATTN: IRENE TORRES
SANTA ANA, CA 92705
Attn: ASSIGNMENT UNIT

7- 42325

CORPORATION ASSIGNMENT OF DEED OF TRUST
Doc. ID# 336870320549567778
Commitment# 5200

For value received, the undersigned, BANK OF AMERICA, N.A., 101 S MARENGO AVE 4TH FLOOR, PASADENA, CA 91101, hereby grants, assigns and transfers to: CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN
1610 E ANDREW PL. SUITE B150, SANTA ANA, CA 92705

All beneficial interest under that certain Deed of Trust dated 3/14/08, executed by: KIRK LEIPZIG, Trustor as per TRUST DEED recorded as Instrument No. 08011138 on 3/19/08 in Book 4515 Page 473 of official records in the County Recorder's Office of WILLIAMSON County, TENNESSEE.
Tax Parcel - 034G A 03200 000, WILLIAMSON COUNTY TAX COLLECTOR
Original Mortgage $960,000.00
9569 HAMPTON RESERVE DR, BRENTWOOD, TN 37027

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Maximum principal indebtedness for Tennessee recording tax purposes is $0.00.

Dated: 7/29/13    BANK OF AMERICA, N.A.

By_____
LISA NIX, ASSISTANT VICE PRESIDENT

State of California
County of Los Angeles

On JUL 29 2013 before me, IRMA DIAZ, Notary Public, personally appeared LISA NIX, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
IRMA DIAZ

IRMA DIAZ
Commission # 1903988
Notary Public - California
Ventura County
My Comm. Expires Sep 13, 2014

Prepared by: AMPARO MAYORGA
101 S MARENGO AVE 4TH FLOOR
PASADENA, CA 91101
Phone#: (626) 486-3638