

Prepared By:
Prestige Title, LLC
1600 Westgate Circle, Suite 200
Brentwood, TN 37027

PREPARED FROM INFORMATION FURNISHED BY THE PARTIES

# QUITCLAIM DEED

| ADDRESS NEW OWNER(s) | SEND TAX BILLS TO | MAP & PARCEL |
|---|---|---|
| Kirk Leipzig<br>9569 Hampton Reserve Drive<br>Brentwood, TN 37027 | NEW OWNER | 34G-A-32 |

FOR AND IN CONSIDERATION of the sum of Ten dollars and no/100 ($10.00), cash in hand paid by the Grantee(s) and other good and valuable considerations accepted as cash, the receipt and sufficiency of which is hereby acknowledged, **Kirk Leipzig, an unmarried man,** has this day bargained and sold, and does hereby transfer and convey unto the said **Leipzig Living Trust, dated April 15, 2008,** Kirk Leipzig, Trustee, with full power to sell, transfer, convey, mortgage or encumber without the joinder of any beneficiary, the Grantee herein, its (successors), heirs and assigns, all his right title and interest in certain real estate in Williamson County, Tennessee as follows:

*Land in Williamson County, Tennessee, being Lot No. 31 on the Plan of Hampton Reserve Subdivision, Section One, of record in Plat Book P33, page 27, as corrected by Surveyor's Certificate of Correction of record in Book 2403, page 250, Register's Office for Williamson County, Tennessee, to which plan reference is hereby made for a more complete and accurate legal description.*

*Being the same property conveyed to Kirk Leipzig by Deed from First Tennessee Bank National Association, a national banking association, dated March 143, 2008, of record in Book 4515, page 471, Register's Office for Williamson County, Tennessee.*

*This conveyance is made subject to any and all matters, restrictions and/or easements of record.*

This is improved (X) unimproved ( ) property, known as 9569 Hampton Reserve Drive, Brentwood, Tennessee 37027.

Whenever used, the singular number shall include the plural, the plural the singular and the use of any gender shall be applicable to all genders.

Witness my hand this 15th day of April, 2008.

_____
Kirk Leipzig

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

On this 15th day of April, 2008, before me personally appeared **Kirk Leipzig**, to me known (or proved to me on the basis of satisfactory evidence) to be the person who executed the foregoing instrument and acknowledged that he executed the same for the purposes therein contained.

Witness my hand, at Brentwood, Tennessee, this 15th day of April, 2008.

My Commission Expires: 5/24/08

Notary Public

My Commission Expires MAY 24, 2008

State of Tennessee
County of Williamson

The actual consideration or value whichever is greater, for this transfer is $ 0.00 .

_____
(Affiant)

_____
Notary

Commission Expires: 2/15/09

[Notary Seal: CAROL T. BAKER, NOTARY PUBLIC AT LARGE, CHEATHAM COUNTY, TENN.]

BK/PG:4541/493-494
08016067

| QUITCLAIM DEED | |
|---|---|
| 04/18/2008 | 10:09 AM |
| BATCH | 122277 |
| MTG TAX | 0.00 |
| TRN TAX | 0.00 |
| REC FEE | 10.00 |
| DP FEE | 2.00 |
| REG FEE | 0.00 |
| TOTAL | 12.00 |

STATE of TENNESSEE, WILLIAMSON COUNTY
SADIE WADE
REGISTER OF DEEDS