

THIS INSTRUMENT PREPARED BY
AND WHEN RECORDED RETURN TO:

Law Offices of Scott D. Johannessen
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone 877.863.5400
Facsimile: 877.863.5401
E-Mail:    scott@sdjnet.com
Web:       www.sdjnet.com

BK: 5868 PG: 649-650
13013137

| | |
|---|---|
| 2 PGS : AL - NOTICE | |
| BETH BATCH: 292470 | 03/21/2013 - 12:40 PM |
| BATCH | 292470 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| ARCHIVE FEE | 0.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 12.00 |

STATE OF TENNESSEE, WILLIAMSON COUNTY
SADIE WADE
REGISTER OF DEEDS

PARCEL ID:  HAMPTON RESERVE SUBDIVISION LOT 31; PLAT BOOK 33, PAGE 27

## NOTICE OF EXERCISE OF PURCHASE OPTION

**WHEREAS**, the undersigned ("Lessee") and The Leipzig Living Trust ("Owner") executed a residential lease dated June 1, 2010 (the "Lease"), whereby Owner leased to Lessee and Lessee leased from Owner certain residential real property located at 9569 Hampton Reserve Drive, Brentwood, Tennessee 37027, which Parcel ID is identified hereinabove and which is more particularly described as follows (the "Property"):

> Land in Williamson County, Tennessee, being Lot No. 31 on the Plan of Hampton Reserve Subdivision, Section One, of record in Plat Book P33, Page 27, as corrected by Surveyor's Certificate of Correction of record in Book 2403, Page 250, Register's Office for Williamson County, Tennessee, to which plan reference is hereby made for a more complete and accurate legal description.

**WHEREAS**, the Lease is for a term of sixty (60) months commencing June 1, 2010, and ending May 31, 2015 (the "Lease Term").

**WHEREAS**, under the Lease, Owner grants to Lessee for valuable consideration, cash in hand paid to Lessor prior to the commencement of the Lease Term, the receipt and sufficiency of which is acknowledged therein, the option to purchase the Property in fee simple, together with any and all easements Owner owns in conjunction therewith, at any time during the Lease Term or any extension thereof (the "Purchase Option").

**WHEREAS**, Lessee exercised the Purchase Option in January 2011 as provided under the Lease. Having exercised the Purchase Option Lessor is required, no later than the expiration of the Lease Term or any extension thereof, to close the sale of the Property to Lessee. Upon the execution of the Lease and the exercise of the Purchase Option, Lessee acquired a legal, equitable and contractual interest in the Property (the "Incidents of Ownership").

**THEREFORE**, Lessee hereby reaffirms the Lease, as well as the Purchase Option, the exercise of the Purchase Option, and the Incidents of Ownership thereunder.

**IN WITNESS WHEREOF**, Lessee has executed this instrument this 21 day of MARCH, 2013.

Scott D. Johannessen

State of Tennessee )
County of Williamson )

      Personally appeared before me, the undersigned, a Notary Public in and for said State and County, Scott D. Johannessen, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that he executed the within instrument for the purposes therein contained.

      Sworn to and subscribed before me, this 21st day of March, 2013.

_____
NOTARY PUBLIC

My Commission Expires: May 13, 2013