BofA

Prepared ~~and Recorded~~ by: Sofia Mosqueda
RECONTRUST COMPANY, N.A.
2380 Performance Dr, TX2-984-0407
Richardson, TX 75082
TS#:11 -0124028

## SUBSTITUTION OF TRUSTEE

WHEREAS, on March 14, 2008, KIRK LEIPZIG, UNMARRIED, executed a Deed of Trust to PRLAP INC Trustee, of record, recorded on March 19, 2008, as Instrument No. 08011138, in Deed Book 4515, at Page 473-498, Register's office for Williamson, Tennessee (the "Deed of Trust"), to secure the payment of certain debts and obligations as described in the Deed of Trust;

WHEREAS, BANK OF AMERICA, N.A. (the "Beneficiary"), is the beneficiary of the Deed of Trust, and it appears that action is now required under the Deed of Trust as a result of default having occurred in the underlying indebtedness;

WHEREAS, pursuant to the Deed of Trust, Beneficiary has elected to remove PRLAP INC as Trustee and to appoint RECONTRUST COMPANY, N.A., as the Substitute Trustee;

NOW, THEREFORE, Beneficiary, pursuant to and in compliance with the Deed of Trust, does hereby name and appoint RECONTRUST COMPANY, N.A., as Substitute Trustee under the Deed of Trust, and declares that it shall have the same powers and authority as the Trustee (as such term is defined in the Deed of Trust). The Beneficiary has appointed the Substitute Trustee prior to the first notice of publication as required under T.C.A. 35-5-101 and hereby ratifies and confirms all actions taken by the Substitute Trustee subsequent to the date of substitution and prior to recordation of this substitution. This instrument shall constitute a Deed of Appointment.

BK: 5779 PG: 22-23
12054463

| | |
|---|---:|
| 2 PGS : AL - APPOINTMENT OF TRUSTEE | |
| TRACY BATCH: 279677 | 12/12/2012 - 09:52 AM |
| BATCH | 279677 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| ARCHIVE FEE | 0.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 12.00 |

STATE OF TENNESSEE, WILLIAMSON COUNTY
**SADIE WADE**
REGISTER OF DEEDS

WITNESS, the execution hereof by Beneficiary through its duly authorized officer, this 21st day of October, 2011.

BANK OF AMERICA, N.A.

BY: _____ 10/21/11
Tanyia Hill
Title: Assistant Vice President

STATE OF __Texas__ )
COUNTY OF __Dallas__

Before me, __Leslie Jo Lovell__, of the state and county aforesaid, personally appeared __Tanyia Hill__ of, BANK OF AMERICA, N.A., with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged herself/himself to be __Assistant Vice President__ of BANK OF AMERICA, N.A., the within-named Beneficiary, a corporation, in that she/he as such officer, being authorized to do so, executed the foregoing instrument for the purpose therein contained by signing the name of the corporation by herself/himself as such officer.

WITNESS my hand and seal at office in __Dallas__, ~~Texas~~, this 21st day of October, 2011.

_____
Notary Public

My commission expires:

_____

LESLIE JO LOVELL
Notary Public, State of Texas
My Commission Expires
May 11, 2012

Registered Agent for Recon Trust Company:
CT Corporation System
800 South Gay Street, Suite 2021
Knoxville, TN 37929
TS#:11-0124028