RECORDING PREPARED BY
AND WHEN RECORDED MAIL TO:

Scott D. Johannessen
LAW OFFICES OF SCOTT D. JOHANNESSEN
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone: 877.863.5400
Facsimile: 877.863.5401
E-Mail: scott@sdjnet.com
Web: www.sdjnet.com

BK: 6010 PG: 198-200
13038635

3 PGS : AL - AFFIDAVIT
JESSICA BATCH: 312599  08/14/2013 - 01:33 PM
BATCH                           312599
MORTGAGE TAX                      0.00
TRANSFER TAX                      0.00
RECORDING FEE                    15.00
ARCHIVE FEE                       0.00
DP FEE                            2.00
REGISTER'S FEE                    0.00
TOTAL AMOUNT                     17.00
STATE OF TENNESSEE, WILLIAMSON COUNTY
SADIE WADE
REGISTER OF DEEDS

SPACE DIRECTLY ABOVE RESERVED FOR REGISTER'S USE

RECORDING INFORMATION:

PARCEL ID: HAMPTON RESERVE SUBDIVISION LOT 31; PLAT BOOK 33, PAGE 27
ADDRESS: 9569 HAMPTON RESERVE DRIVE, BRENTWOOD, TN 37027



Pick Up

## PROPERTY OWNER'S AFFIDAVIT
## CONFIRMING PURCHASE OPTION AND LEASEHOLD INTERESTS

KNOW ALL PERSONS BY THESE PRESENTS:

WHEREAS, effective June 1, 2010, the undersigned ("Tenant") and The Leipzig Living Trust ("Owner") executed a residential lease (the "Lease") whereby Owner leased to Tenant and Tenant leased from Owner certain residential real property located at **9569 Hampton Reserve Drive, Brentwood, Tennessee 37027** and which Parcel ID is **Lot 31 of Hampton Reserve Subdivision, Plat Book 33, Page 27** (the "Property").

WHEREAS, on February 14, 2013, Owner executed an Affidavit ("Property Owner's Affidavit") whereby Owner confirmed the Lease and the exercise of the purchase option thereunder. A true and correct copy of the Property Owner's Affidavit, ex exhibits, is attached hereto.

Dated this 14th day of August 2013.

_____
Scott Johannessen

State of Tennessee    )
County of Williamson  )

Personally appeared before me, the undersigned, a Notary Public in and for said State and County, Scott Johannessen, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that he executed the within instrument for the purposes therein contained.

Sworn to and subscribed before me, this 14th day of August 2013.

_____
NOTARY PUBLIC

My Commission Expires: 3/7/2017

[Notary Seal: VERESSA J. DERRICK, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF DAVIDSON]

## AFFIDAVIT OF KIRK LEIPZIG IN SUPPORT OF
## MOTION FOR TEMPORARY INJUNCTION

I, Kirk Leipzig, state as follows:

1. I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts stated herein. If called upon to testify as to the matters stated herein, I could and would do so competently and of my own personal knowledge.

2. I am the Trustee of The Leipzig Living Trust, owner of the residential real property located at 9569 Hampton Reserve Drive in Brentwood, Tennessee (the "Property"). Attached hereto and incorporated herein as **Exhibit 1**:000001-000002 is a true and accurate copy of the Property's physical address and legal description from Williamson County's official Internet website. I am informed and believe that a trustee's sale for the Property was scheduled to take place in Williamson County on February 7, 2013. I did not receive the required statutory notice of either the scheduled trustee's sale or any foreclosure sale date for the Property.

3. The same family has occupied the Property since June 2010, without interruption, pursuant to a residential lease (the "Lease-Purchase Option"). The Lease-Purchase Option is for a term of sixty (60) months commencing June 1, 2010, and ending May 31, 2015. In January 2011 the option to purchase the Property under the Lease-Purchase Option was exercised by the tenant and in December 2012 a Memorandum of Lease and Option to Purchase was registered with the Williamson County Register of Deeds. Attached hereto as **Exhibit 2**:000001-000011 and **Exhibit 3**:000001-000002, respectively, are true and accurate copies of the Lease-Purchase Option and the Memorandum of Lease and Option to Purchase.

I declare under penalty of perjury, under the laws of the State of Tennessee, that the foregoing is true and correct. Executed on February 14, 2013, at Brentwood, Tennessee.

_____
Kirk Leipzig

State of Tennessee )
County of Williamson )

Personally appeared before me, the undersigned, a Notary Public in and for said State and County, Kirk Leipzig, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that he executed the within instrument for the purposes therein contained.

Sworn to and subscribed before me, this 14th day of February, 2013.

_____
NOTARY PUBLIC

My Commission Expires: September 16, 2015