

LAM-ANDREWS | WE SERVE THE HEALTHCARE INDUSTRY LEADERS

# Belle Meade sues over home in disrepair

Man accused in flipping scheme quitclaimed property to trust in 2010

Published May 10, 2013 by Pierce Greenberg

RECOMMEND

TWITTER

E-MAIL

PRINT

SHARE



The city of Belle Meade filed a lawsuit against a land trust that owns a dilapidated property and whose trustee is listed as being under the care of a once-lauded house-flipper who has run into legal trouble of late.

Kelly Land, the founder of investment firm Novem Select Holdings, is the title owner of 623 Lynnwood Blvd, a 3,085-square-foot home built in 1948. The city of Belle Meade claims the property's condition violates numerous codes because it has peeling paint, exterior wall penetrations and "rubbish" in the backyard.

Property documents show that the property was previously owned by Kirk Leipzig, who was accused of running a house-flipping scheme **in March**. Leipzig has also been sued by multiple banks for failing to repay loans, according to court documents.

Records show Leipzig quitclaimed the Lynnwood home to Land as a trustee in June 2010. The home is still listed as being under the care of Leipzig.

Belle Meade City Manager Beth Reardon sent notices to Land six times in 2011 and 2012. She never received a response.

The suit asks that the owners be accessed a $50-per-day penalty dating back to the issuance of the first issuance. That tab would be more than $27,000 as of Friday. City officials also are asking Davidson County Chancery Court to deem the property in violation of the code and for all attorney's fees and other fines to be placed as a lien against the property.

Efforts to reach Leipzig or Land were unsuccessful.

## POSTDATA: SEARCH

[ GO ]



we serve HEALTHCARE innovators
LAM-ANDREWS
HEALTHCARE MARKETING
PUBLIC RELATIONS · INTERACTIVE

## POSTDATA: CHARTERS

9TH STREET COMMONS OWNERS ASSOCIATION INC; NINTH STREET COMMONS OWNERS ASSOCIATION INC

INDIAN LAKE WEST DEVELOPMENT PARTNERS LLC

NPDP-ILV WEST LLC

CHATTANOOGA ASC ACQUISITION INC

MORE >>

## POSTDATA: WARRANTY DEEDS

HAMBRICK, SAMUEL

EGNOR, JESSICA; EGNOR, TRAVIS

WILLIAMS, BRENDA JOYCE; WILLIAMS, BRENDA J

RICHARDSON, LINDSEY K; SYKES, BRADLEY D; SYKES, LINDSEY K RICHARDSON

MORE >>

## POSTDATA: JUDGMENTS

RICHARDSON INVESTMENTS LLC OF NASHVILLE

FRANK, JEREMY

MYERS, DEBI A

KING, LISA

MORE >>