# ·CHAIN OF TITLE

*Re: N/A*                                                              *G-23260-13*

INSTRUMENT TYPE: (WD/QCD/OTHER):          QUITCLAIM DEED

GRANTOR:     Kelly Land, Trustee of the Ayleworth Estate Living Trust Agreement dated October
             8, 2010

GRANTEE:     HOME EQUITY ASSET PARTNERS, LLC

DATED:       09/05/2012        Recorded 09/10/2012      INSTRUMENT NO. 20120910-0081608

             As to Lot 1, JB Thomas Subdivision


INSTRUMENT TYPE: (WD/QCD/OTHER):          QUITCLAIM  DEED

GRANTOR:     Home Equity Asset Partners, LLC

GRANTEE:     Kelly Land, Trustee of the Ayleworth Estate Living Trust Agreement dated October 8,
             2010

DATED:       01/26/2012        RECORDED 01/30/2012     INSTRUMENT NO. 20120130-0008193

             As to Lot 1, JB Thomas Subdivision


INSTRUMENT TYPE: (WD/QCD/OTHER):          QUITCLAIM  DEED

GRANTOR:     Andrew Jacobson

**GRANTEE:**     ·Home Equity Asset Partners, LLC

**DATED:**       **05/02/2011**        **RECORDED 05/19/2011**     **INSTRUMENT NO. 20110519-0038304**

             **As to Lot 1, JB Thomas Subdivision**


**INSTRUMENT TYPE: (WD/QCD/OTHER):          SPECIAL WARRANTY DEED**

GRANTOR:     Deutsche Bank National Trust Company, as Trustee of the Residential Asset
             Securitization Trust 2007-A7, Mortgage Pass-Through Certificates, Series 2007-G
             under the Pooling and Servicing Agreement dated May 1, 2007

·**GRANTEE:**    **Andrew Jacobson, an unmarried man**

**DATED:**       **04/27/2011**        **RECORDED 05/04/2011**     **INSTRUMENT No. 20110504-0034343**

             **As to Lot 1, JB Thomas Subdivision**

EXHIBIT 13:000001

QUITCLAIM DEED

FROM: Home Equity Asset Partners, LLC

TO:     Kelly Land, Trustee

This instrument was prepared by:
C. Mark Carver, Esq.
Sherrard & Roe, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37219

| Address New Owner(s) as Follows: | Send Tax Bills To: | Map/Parcel Numbers |
|---|---|---|
| Kelly Land, Trustee of the Ayleworth Estate Living Trust Agreement dated October 8, 2010 Attn: Mark Carver Sherrard & Roe, PLC 150 3rd Avenue South, Suite 1100 Nashville, TN 37201 | Same | Map 158, Parcel 58 |

STATE OF TENNESSEE       )
COUNTY OF DAVIDSON       )

The actual consideration for this transfer is $10.00.

_____
Affiant

Sworn to and subscribed before me, this 26 day of January, 2012.

_____
NOTARY PUBLIC Notary Public
Traci Bruce
My Commission Expires:
My Commission Expires
March 3, 2014
STATE OF TENNESSEE

TRACI BRUCE
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY

FOR AND IN CONSIDERATION OF the sum of Ten and No/100 ($10.00), the receipt and sufficiency of which are hereby acknowledged, **Home Equity Asset Partners, LLC** (the "Grantor") does hereby quitclaim and convey unto **Kelly Land, Trustee of the Ayleworth Estate Living Trust Agreement dated October 8, 2010** (the "Grantee") and its successors and assigns, all of Grantor's right, title and interest, in and to that certain tract of land in Davidson County, State of Tennessee, more particularly described on Exhibit A attached hereto and incorporated herein by this reference (the "Property").

This is improved property commonly known as 6261 Hillsboro Road, Nashville, TN 37215.

**BILL GARRETT, Davidson County**
Trans:T20120006911 DEEDQC
Recvd: 01/30/12 11:06    3 pgs
Fees:17.00 Taxes:0.00

20120130-0008193

568848.1  08803-002

EXHIBIT 13:000002

Executed effective the 26 day of January, 2012.

GRANTOR: **Home Equity Asset Partners, LLC**

By: _____

Title: _____

STATE OF TENNESSEE )
                                )
COUNTY OF DAVIDSON )

    Before me, _____, a Notary Public in and for the County and State aforesaid, personally appeared _____ with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged himself/herself to be the _____ of Home Equity Asset Partners, LLC, a Tennessee limited liability company, the within named bargainor, and that he/she as such _____, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the limited liability company by himself/herself as _____ .

    Witness my hand and seal at office in Nashville, Tennessee, this 25 day of January 2012.

_____
Notary Public

My Commission Expires:_____

NOTARY PUBLIC
Traci Bruce
My Commission Expires
March 3, 2014
STATE OF TENNESSEE

# EXHIBIT A

## PROPERTY DESCRIPTION

Lot Number 1 on the Plan of J.B. Thomas Subdivision, Parcel 1, of record in Plat Book 6200, page 990, Register's Office for Davison County, Tennessee, to which plan reference is hereby made for a more complete and accurate description of said lot.

Being the same property conveyed to Home Equity Asset Partners, LLC by deed of record as Instrument No. 20110519-0038304, Register's Office for Davidson County, Tennessee

QUITCLAIM DEED

FROM: Kelly Land, Trustee of the Ayleworth Estate Living Trust Agreement dated October 8, 2010

TO: Home Equity Asset Partners, LLC

This instrument was prepared by:
C. Mark Carver, Esq.
Sherrard & Roe, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37219

| Address New Owner(s) as Follows: | Send Tax Bills To: | Map/Parcel Numbers |
|---|---|---|
| Home Equity Asset Partners, LLC *5105 Cornell Court Brentwood, TN 37027* | Same | Map 158, Parcel 58 |

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

The actual consideration for this transfer is $10.00.

_____
Affiant

Sworn to and subscribed before me, this 5th day of September, 2012.

_____
Notary Public

My Commission Expires: 11/4/2013

✦✦✦✦✦✦✦✦✦✦✦✦✦✦
"OFFICIAL SEAL"
CHRISTINE R WILBER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-04-2013
✦✦✦✦✦✦✦✦✦✦✦✦✦✦

FOR AND IN CONSIDERATION OF the sum of Ten and No/100 ($10.00), the receipt and sufficiency of which are hereby acknowledged, **Kelly Land, Trustee of the Ayleworth Estate Living Trust Agreement dated October 8, 2010** (the "Grantor") does hereby quitclaim and convey unto **Home Equity Asset Partners, LLC** (the "Grantee") and its successors and assigns, all of Grantor's right, title and interest, in and to that certain tract of land in Davidson County, State of Tennessee, more particularly described on Exhibit A attached hereto and incorporated herein by this reference (the "Property").

This is improved property commonly known as 6261 Hillsboro Road, Nashville, TN 37215.

**BILL GARRETT, Davidson County**
Trans:T20120067546 DEEDQC
Recvd: 09/10/12 09:18    3 pgs
Fees:17.00 Taxes:0.00

**20120910-0081608**

596540.1  08803-002                    1

Executed effective the _5th_ day of September, 2012.

GRANTOR: Kelly Land, Trustee of the Ayleworth Estate
Living Trust Agreement dated October 8, 2010

By: _____

Kelly Land, Trustee

STATE OF _IL_ )
COUNTY OF _Macon_ )

    Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared Kelly Land, Trustee of the Ayleworth Estate Living Trust Agreement dated October 8, 2010, a Trust, the within named bargainor, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that he executed the within instrument as Trustee for the purposes therein contained by signing his name as Trustee on behalf of the Trust.

    Witness my hand and seal, at office in _Macon_, _IL_, this _5th_ day of September, 2012.

_____
Notary Public

My Commission Expires: _11/4/2013_

★◆★◆★◆★◆★◆★◆★◆★◆★◆★◆★◆★◆★◆
◆ "OFFICIAL SEAL" ◆
◆ CHRISTINE R WILBER ◆
◆ NOTARY PUBLIC, STATE OF ILLINOIS ◆
◆ MY COMMISSION EXPIRES 11-04-2013 ◆
★◆★◆★◆★◆★◆★◆★◆★◆★◆★◆★◆★◆★◆

Case 3:14-cv-00012  Document 15-12  Filed 02/09/14  Page 6 of 7 PageID #: 193

EXHIBIT 13:000006

# EXHIBIT A

## PROPERTY DESCRIPTION

Lot Number 1 on the Plan of J.B. Thomas Subdivision, Parcel 1, of record in Plat Book 6200, page 990, Register's Office for Davison County, Tennessee, to which plan reference is hereby made for a more complete and accurate description of said lot.

Being the same property conveyed to Kelly Land, Trustee of the Ayleworth Estate Living Trust Agreement dated October 8, 2010, by deed of record as Instrument No. 20120130-0008193, Register's Office for Davidson County, Tennessee