IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANARION INVESTMENTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0012 |
| | ) | Judge Trauger |
| CARRINGTON MORTGAGE SERVICES, LLC, | ) | |
| BROCK & SCOTT, PLLC, CHRISTIANA TRUST, | ) | |
| and LEIPZIG LIVING TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

Given the filing of an Amended Complaint (Docket No. 15), it is hereby **ORDERED** that the Motion to Dismiss filed by the defendants on January 27, 2014 (Docket No. 10) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 20th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge