UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANARION INVESTMENTS LLC, § § | |
| Plaintiff, § | Case No. 3:14-cv-00012 |
| v. § § | Judge Aleta A. Trauger |
| § | Magistrate Judge John S. Bryant |
| BROCK & SCOTT, PLLC; CARRINGTON § MORTGAGE SERVICES, LLC; § CHRISTIANA TRUST; LEIPZIG LIVING § TRUST, § Defendants. § § | |

NOTICE OF AUTOMATIC STAY

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on February 10, 2014, a Chapter 11 bankruptcy petition was filed in the United States Bankruptcy Court for the Middle District of Tennessee, Nashville Division, in the case styled *In re Leipzig Living Trust*, Case No. 3:14-bk-00953 (the "Bankruptcy Petition"). A true and accurate copy of the Bankruptcy Petition is attached hereto. Upon the filing of the Bankruptcy Petition an automatic stay under 11 U.S.C. § 362 went into effect and provides the debtor immediate and automatic protection from the collection efforts of creditors.[1]

Respectfully submitted,

By: */s/ Scott D. Johannessen*

Scott D. Johannessen, BPR # 26767
LAW OFFICES OF SCOTT D. JOHANNESSEN
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: 877.863.5400
Facsimile: 877.863.5401
E-Mail: scott@sdjnet.com

*Attorney for Plaintiff*

---

[1] See, e.g., *Pertuso v. Ford Motor Credit Co.*, 233 F.3d 417 (6th Cir. 2000) (not only does a debtor have standing to bring an action for a willful violation of the automatic stay, but it also has a private cause of action for doing so).

# UNITED STATES BANKRUPTCY COURT
## Middle District of Tennessee

**INVOLUNTARY PETITION**

| | |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Leipzig Living Trust, dated April 15, 2008 | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>***-**-5394 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>Last address provided:<br>c/o Kirk Leipzig<br>6261 Hillsboro Road<br>Nashville, TN 37215 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>c/o Kirk Leipzig<br>1 Burton Hills Blvd., Suite 120<br>Nashville, TN 37215 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Davidson County, TN<br>ZIP CODE 37215 | ZIP CODE 37215 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br>☐ Chapter 7    ☑ Chapter 11 | |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☑ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>Tennessee Trust | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other  Residential real estate |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☐ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2  **Name of Debtor** Leipzig Living Trust, dated April 15, 200_

**Case No.**_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  /s/ Scott D. Johannessen, Managing Officer  
Signature of Petitioner or Representative (State title)

Anarion Investments LLC                    02/10/2014  
Name of Petitioner                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
c/o Law Office of Scott D. Johannessen  
3200 West End Avenue, Suite 500  
Nashville TN 37203  

Managing Officer for Anarion Investments LLC

x  Scott D. Johannessen                    02/10/2014  
Signature of Attorney                      Date

Law Offices of Scott D. Johannessen  
Name of Attorney Firm (If any)

3200 West End Avenue, Suite 500, Nashville TN 37203  
Address

(877) 863-5400  
Telephone No.

x_____  
Signature of Petitioner or Representative (State title)

Name of Petitioner                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____  
Signature of Attorney                      Date

Name of Attorney Firm (If any)

Address

Telephone No.

x_____  
Signature of Petitioner or Representative (State title)

Name of Petitioner                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x_____  
Signature of Attorney                      Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Anarion Investments LLC, 3200 West End Avenue, Suite 500, Nashville TN 37203 | purchase option, fees and costs | in excess of $50,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  
in excess of $50,000

_____continuation sheets attached

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, the undersigned hereby certifies that on the 10th day of February 2014 a true and correct copy of the following document:

NOTICE OF AUTOMATIC STAY

was delivered to the following persons/entities via facsimile and/or regular United States first class mail:

| | | |
|---|---|---|
| Nicholas H. Adler | Kirk Leipzig | Kirk Leipzig |
| Brock & Scott, PLLC | Leipzig Living Trust | Leipzig Living Trust |
| 277 Mallory Station Road, Suite 115 | 6261 Hillsboro Road | 1 Burton Hills Blvd., Suite 120 |
| Nashville, TN 37067 | Nashville, TN 37215 | Nashville, TN 37215 |

By:  */s/ Scott D. Johannessen*
      Scott D. Johannessen