IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANARION INVESTMENTS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-0012 |
| ) | Judge Trauger |
| CARRINGTON MORTGAGE SERVICES, LLC, ) | |
| BROCK & SCOTT, PLLC, CHRISTIANA TRUST,) | |
| and LEIPZIG LIVING TRUST, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Pursuant to the Notice of Automatic Stay (Docket No. 23), it is hereby **ORDERED** that this case is **STAYED**, pursuant to 11 U.S.C. § 362, against defendant Leipzig Living Trust only.

It is so **ORDERED**.

ENTER this 26th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge