IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANARION INVESTMENTS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARRINGTON MORTGAGE SERVICES, LLC, )<br>BROCK & SCOTT, PLLC, CHRISTIANA TRUST,)<br>and LEIPZIG LIVING TRUST, )<br>)<br>Defendants. ) | Civil No. 3:14-0012<br>Judge Trauger |

## O R D E R

A hearing was held on March 10, 2014 on the plaintiff's Motion For Temporary Restraining Order (Docket No. 27). For the reasons expressed on the record at the close of the hearing, which are incorporated herein by reference as if set forth verbatim, it is hereby

**ORDERED** that the plaintiff's request for a temporary restraining order is **DENIED**.

It is so **ORDERED**.

ENTER this 11th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge