IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANARION INVESTMENTS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-0012 |
| ) | Judge Trauger |
| CARRINGTON MORTGAGE SERVICES, LLC, ) | |
| BROCK & SCOTT, PLLC, CHRISTIANA TRUST,) | |
| and LEIPZIG LIVING TRUST, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Pursuant to the Suggestions of Bankruptcy filed by the plaintiff (Docket Nos. 33, 34), it is hereby **ORDERED** that this case is **STAYED** as to defendant Leipzig Living Trust only. In anticipation of the plaintiff's applying for a preliminary injunction (Docket No. 32), it is hereby **ORDERED** that any further briefing on the issues raised during the hearing on the plaintiff's application for a temporary restraining order shall be filed by Monday, March 17, 2014. Should the plaintiff request a preliminary injunction hearing, the court, in all likelihood, will be setting it for hearing on March 20, 2014 at 3:00 p.m.

It is so **ORDERED**.

ENTER this 12th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge