IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Anarion Investments LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:14cv-00012 |
| | ) Judge Trauger |
| | ) Magistrate Judge Bryant |
| v. | ) |
| | ) |
| Carrington Mortgage Services, LLC; | ) |
| Brock & Scott, PLLC; Christiana Trust; | ) |
| Leipzig Living Trust, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF UNAVAILABILITY

The undersigned counsel hereby gives notice that he will be unavailable from Thursday March 13 until Friday March 21, 2014 due to previously scheduled travel out of the country and respectfully requests that the Court extend the briefing deadline and related hearing date on Plaintiff's possible preliminary injunction request until the following week of March 24, 2014. Counsel represents to the Court that the foreclosure sale on the subject property is now scheduled for April 8, 2014 at 11:30 a.m. so no prejudice will result to Plaintiff by such extension.

Respectfully submitted this  12th  day of March, 2014.

BROCK & SCOTT, PLLC

By: /s/ Nicholas H. Adler
Nicholas H. Adler, #023469
277 Mallory Station Rd, Suite 115
Franklin, TN 37067
(615) 550-7697 ext. 4610
(615) 550-8484 (facsimile)
nick.adler@brockandscott.com

*Counsel for Carrington Mortgage Services, LLC, Brock & Scott, PLLC and Christiana Trust, A Division of Wilmington Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-17*

## CERTIFICATE OF SERVICE

The undersigned certifies that a precise copy of the foregoing was filed via the Court's Electronic Case Filing system which automatically sends electronic notice to counsel of record as follows:

Scott D. Johannessen
Law Offices of Scott D. Johannessen
3200 West End Avenue, Suite 500
Nashville, TN 37203


This  12th  day of March, 2014.

>  */s/ Nicholas H. Adler*
>  Nicholas H. Adler