IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANARION INVESTMENTS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-0012 |
| ) | Judge Trauger |
| CARRINGTON MORTGAGE SERVICES, LLC, ) | |
| BROCK & SCOTT, PLLC, CHRISTIANA TRUST,) | |
| and LEIPZIG LIVING TRUST, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The plaintiff's Motion to Ascertain Status of Automatic Stay (Docket No. 40) is **GRANTED**. As clearly stated in the Order entered March 12, 2014, this case is stayed **ONLY** as to defendant Leipzig Living Trust, the party in bankruptcy. This case may proceed as to all other defendants.

If the plaintiff feels that any defendants have violated the automatic stay of 11 U.S.C. § 362 (a), that matter should be brought to the attention of Bankruptcy Court.

It is so **ORDERED**.

ENTER this 19th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge