UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| ANARION INVESTMENTS LLC, | § | |
| | § | |
| **Plaintiff,** | § | Case No.  3:14-cv-00012 |
| v. | § | |
| | § | **Judge Aleta A. Trauger** |
| | § | **Magistrate Judge John S. Bryant** |
| CARRINGTON MORTGAGE SERVICES, | § | |
| LLC; BROCK & SCOTT, PLLC; | § | |
| CHRISTIANA TRUST; LEIPZIG LIVING | § | |
| TRUST, | § | |
| **Defendants.** | § | |
| _____ | § | |

## MOTION FOR LEAVE TO FILE EXTENDED BRIEF

Pursuant to Local Rule 17.01, Plaintiff Anarion Investments LLC hereby respectfully moves the Court for leave to file a brief in excess of 25 pages in support of its *Motion for Preliminary Injunction*. Plaintiff respectfully submits that Defendants' prior responses to motions filed in this case raise issues largely in abbreviated and conclusory fashion, often mischaracterizing the factual background and applicable law of the case thus warranting Plaintiff's correction, and in order to adequately and thoroughly address Defendants' abridged and overlapping legal arguments Plaintiff believes a more in-depth supporting brief is warranted given the issues raised by and factual context of the *Motion for Preliminary Injunction*. Accordingly, Plaintiff respectfully submits that good cause exists to exceed the 25-page limit.

Respectfully submitted,

By: */s/ Scott D. Johannessen*
_____

Scott D. Johannessen, BPR # 26767
LAW OFFICES OF SCOTT D. JOHANNESSEN
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: 877.863.5400
Facsimile:  877.863.5401
E-Mail:     scott@sdjnet.com

*Attorney for Plaintiff*